No. 183, Misc.   CASPER v. MINNESOTA.   District Court of Minnesota, Fourth Judicial District.   Certiorari denied.

No. 184, Misc.   ROBINSON v. WILKINS, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 186, Misc.   ADKINS v. BOLES, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 187, Misc.   WHITLOW v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *R. R. Ryder* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 188, Misc.   COHEN v. TIME, INC., ET AL.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.   John G. Dorsey* for respondents.

No. 189, Misc.   MILLS v. MAXWELL, WARDEN.   Supreme Court of Ohio.   Certiorari denied.

No. 193, Misc.   MAHAN v. EYMAN ET AL.   Supreme Court of Arizona.   Certiorari denied.

No. 194, Misc.   SHANNON v. TAHASH, WARDEN.   Supreme Court of Minnesota.   Certiorari denied.

No. 197, Misc.   GILLIAM v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.